IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 24-CR-30036-SPM |
| **DEVONTA K ACKINS,** | |
| Defendant. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

On March 19, 2024, a grand jury indicted Defendant Devonta K Ackins on one count of being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). (Doc. 1). The Government now moves to dismiss this Indictment against Devonta K Ackins without prejudice in accordance with Federal Rule of Criminal Procedure 48(a). (Doc. 67).

The Government's Motion to Dismiss Indictment (Doc. 67) is **GRANTED**. The Indictment against Defendant Devonta K Ackins (Doc. 1) is **DISMISSED without prejudice** pursuant to Federal Rule of Criminal Procedure 48(a).

**IT IS SO ORDERED.**

**DATED:  September 22, 2025**

s/ *Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
